1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| PATRICK O'BRIEN, JR., | Civil No. 3:11-CV-05178-RJB-JRC |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE AN ANSWER |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's Motion (ECF No. 10) and with no objection from Plaintiff, it is

hereby ORDERED that the Answer Due Date shall be amended as follows:

Defendant shall have up to and including August 22, 2011, to file Defendant's Answer.

DATED this 17th day of June 2011.


_____

J. Richard Creatura
United States Magistrate Judge

Page 1      ORDER - [3:11-CV-05178-RJB-JRC]