# United States District Court

WESTERN DISTRICT OF WASHINGTON

PATRICK O'BRIEN, JR.

      v.

MICHAEL J. ASTRUE, Commissioner
  of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5178RJB

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

The matter is REVERSED and REMANDED pursuant to sentence four of the 42 U.S.C. § 405(g), to the Administration for further consideration.

   October 31, 2011                                                 WILLIAM M. McCOOL
Date                                                                   Clerk

                                                                             *s/CM Gonzalez*
                                                                             Deputy Clerk